UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Genna VanderWeele,**

    Plaintiff,

v.

**Apple, Inc., and Frank Hill, personally and individually,**

Defendants.

Case No. 1:23-cv-01075-JMB-RSK

Hon. Jane M. Beckering
Hon. Mag. Ray S. Kent

---

Katherine Smith Kennedy (P54881)
**PINSKY SMITH, PC**
*Attorneys for Plaintiff*
146 Monroe Center St NW, Suite 418
Grand Rapids, Michigan 49503
(616) 451-8496
kskennedy@pinskysmith.com

Donald C. Bulea (P84895)
**OGLETREE DEAKINS, PLLC**
*Attorneys for Defendant Apple, Inc.*
34977 Woodward Ave., Suite 300
Birmingham, Michigan 48009
(248) 593-6400
donald.bulea@ogletree.com

James F. Hermon (P53765)
**DYKEMA GOSSETT PLLC**
*Attorneys for Defendant Frank Hill*
400 Renaissance Center
Detroit, Michigan 48243
(313) 568-6800
jhermon@dykema.com

---

## JOINT MOTION TO EXTEND ALL CASE MANAGEMENT DEADLINES

The Parties, Plaintiff Genna VanderWeele ("Plaintiff"), and Defendants Frank Hill ("Hill") and Apple Inc. ("Apple") (jointly "Defendants"), hereby jointly move this Court for a 90-day extension of all deadlines set forth in the Court's Case Management Order of February 21, 2024 (ECF No. 26). The Parties have been diligently working toward completion of written discovery,

1

having served and responded to interrogatories and requests for production, issued third-party subpoenas, and having agreed to a date for completion of Plaintiff's deposition. However, due to challenges when working with this production of electronically stored information ("ESI"), including the identification, location, review, and production of relevant and responsive ESI, Apple's production of all responsive and relevant documents and ESI is still in progress and is not complete.

Counsel and parties have held "meet and confer" conferences on multiple occasions, including on October 1, 2024, when all counsel concurred that extending the current case deadlines by an additional 90 days will allow the Parties to proceed with document production and completion of depositions in an orderly and efficient fashion, which will serve the best interests of justice. For the foregoing reasons, the Parties respectfully request the Court grant an extension of all case management deadlines by 90 days as follows:

| **Deadline:** | **Current Date:** | **Proposed New Date:** |
|---|---|---|
| Completion of Discovery | October 28, 2024 | January 26, 2025 |
| Dispositive Motions | December 13, 2024 | March 13, 2025 |
| ADR to Take Place on or Before | November 15, 2024 | February 13, 2025 |

This is the first request for an extension of case management deadlines, the Court has previously granted zero (0) extensions and the Parties do not make this request for purposes of delay.

Respectfully submitted,

| | |
|---|---|
| */s/ Katherine Smith Kennedy* (via email consent) | */s/ Donald C. Bulea* |
| Katherine Smith Kennedy | Donald C. Bulea (P84895) |
| **PINSKY SMITH, PC** | **OGLETREE DEAKINS, PLLC** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Apple, Inc.* |
| 146 Monroe Center St NW, Suite 418 | 34977 Woodward Ave., Suite 300 |
| Grand Rapids, Michigan 49503 | Birmingham, Michigan 48009 |
| (616) 451-8496 | (248) 593-6400 |
| kskennedy@pnskysmith.com | donald.bulea@ogletree.com |
| Dated: October 4, 2024 | Dated: October 7, 2024 |

*/s/ James F. Hermon* (via email consent)
James F. Hermon (P53765)
**Dykema Gossett PLLC**
*Attorneys for Defendant Frank Hill*
400 Renaissance Center
Detroit, Michigan 48243
(313) 568-6800
jhermon@dykema.com
Dated: October 4, 2024