UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENNA VANDERWEELE,

    Plaintiff,

v.

APPLE, Inc., and FRANK HILL,

    Defendants.

Case No. 1:23-cv-01075

Hon. Jane M. Beckering

---

| | |
|---|---|
| Katherine Smith Kennedy<br>Pinsky Smith, PC<br>Attorneys for Plaintiff<br>146 Monroe Center, N.W., Suite 418<br>Grand Rapids, MI  49503<br>(616) 451-8496<br>kskennedy@pinskysmith.com | James F. Hermon (P53765)<br>Dykema Gossett PLLC<br>Attorneys for Defendant Frank Hill<br>400 Renaissance Center<br>Detroit, MI 48243<br>(313) 568 – 6800<br>Jhermon@dykema.com<br><br>Donald C. Bulea (P84895)<br>Ogletree Deakins, PLLC<br>Attorneys for Defendant Apple, Inc.<br>34977 Woodward Ave., Suite 300<br>Birmingham, MI 48009<br>(248) 593-6400<br>Donald.bulea@ogletree.com |

---

# PROOF OF SERVICE

---

Katherine Smith Kennedy, Attorney at Pinsky Smith, PC, states that on **December 27, 2024** she served **PLAINTIFF'S REQUESTS FOR ADMISSION** James F. Hermon, Dykema Gossett PLLC, 400 Renaissance Center, Detroit, MI 48243 and Donald C. Bulea, Ogletree Deakins, PLLC, 34977 Woodward Ave., Suite 300, Birmingham, MI 48009 **via email only** to jhermon@dykema.com and donald.bulea@ogletree.com with electronic notification of filing of this Proof of Service via this Court's ECF notifications sent to all parties of record.

Dated: January 3, 2025                              By: */s/ Katherine Smith Kennedy*
                                                    Katherine Smith Kennedy
                                                    Pinsky Smith, PC